## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IDEAL INNOVATIONS, INC., THE RIGHT PROBLEM, LLC, and ROBERT KOCHER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-00889<br><br>Senior Judge Edward J. Damich |

### NOTICE OF APPEARANCE OF SALVATORE P. TAMBURO

**TO:  THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

　　**PLEASE TAKE NOTICE** that Salvatore P. Tamburo is appearing as counsel of record for Oshkosh Corporation.  All pleadings, discovery, and other material should be served upon counsel at the following address:

　　　　Salvatore P. Tamburo
　　　　stamburo@blankrome.com
　　　　BLANK ROME LLP
　　　　1825 Eye Street NW
　　　　Washington, DC 20006
　　　　Tel:  (202) 420-2200

Dated:  June 4, 2018　　　　　　　　By:  /s/ Salvatore P. Tamburo

OF COUNSEL:

Scott Arnold
sarnold@blankrome.com
Justin A. Chiarodo
jchiarodo@blankrome.com
Dipu A. Doshi
ddoshi@blankrome.com
Megan R. Wood
mwood@blankrome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
Tel:  (202) 420-2200

Salvatore P. Tamburo
stamburo@blankrome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
Tel:  (202) 420-2200

*Counsel for Oshkosh Corporation*