## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IDEAL INNOVATIONS, INC., THE RIGHT PROBLEM, LLC, and ROBERT KOCHER, <br><br>             Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br>             Defendant. | Case No. 1:17-cv-00889 <br><br> Senior Judge Edward J. Damich |

### NOTICE OF APPEARANCE OF HOLMES J. HAWKINS III

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Holmes J. Hawkins III is appearing as counsel of record for Force Protection Inc., General Dynamics Land Systems, Inc., and General Dynamics Land Systems – Force Protection, Inc. All pleadings, discovery, and other material should be served upon counsel at the following address:

> Holmes J. Hawkins III
> hhawkins@kslaw.com
> King & Spalding, LLP
> 1180 Peachtree St.
> Atlanta, GA 30309
> Tel: (404) 572-2443

Dated: June 15, 2018                                   By: /s/ Holmes J. Hawkins III

2

| | |
|---|---|
| OF COUNSEL:<br><br>Kevin Lake<br>klake@kslaw.com<br>King & Spalding, LLP<br>1630 Welton St. Ste. 500<br>Denver, CO 80202<br>Tel: (720) 535-2315 | Holmes J. Hawkins III<br>hhawkins@kslaw.com<br>King & Spalding, LLP<br>1180 Peachtree St.<br>Atlanta, GA 30309<br>Tel: (404) 572-2443<br><br>*Counsel for Force Protection Inc., General Dynamics Land Systems, Inc., and General Dynamics Land Systems – Force Protection, Inc.* |

DMSLIBRARY01\32341939.v2