# In the United States Court of Federal Claims

No. 17-889C
(Filed: October 18, 2018)

```
*************************************
                                    *
IDEAL INNOVATIONS, INC.,            *
THE RIGHT PROBLEM, LLC, and,        *
ROBERT KOCHER                       *
                                    *
                                    *
            Plaintiffs,             *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
      and,                          *
                                    *
OSHKOSH CORPORATION;                *
GENERAL DYNAMICS LAND               *
SYSTEMS, INC.; FORCE                *
PROTECTION, INC.; GENERAL           *
DYNAMICS LAND SYSTEMS -             *
FORCE PROTECTION, INC.              *
                                    *
      Third-Party Defendants.       *
                                    *
*************************************
```

## ORDER

On October 17, 2018, the parties filed a Joint Motion To Enlarge Time regarding: (1) Defendant's Answer to the remaining Counts in Plaintiffs' Complaint; (2) Plaintiffs' response to Defendant's Motion to Dismiss; and (3) Defendant's reply to Plaintiff's response, if any, to Defendant's Motion to Dismiss. For good cause shown the Court **GRANTS** the motion. Plaintiffs' shall file their response to the Defendant's pending Motion to Dismiss **on or before December 7, 2018**. Defendants shall file their reply to Plaintiff's response **on or before January 9, 2019**. Defendants shall file an Answer to the remaining Counts in Plaintiffs' Complaint, if necessary, within 30 days after the Court's resolution of the pending motion to dismiss.

**IT IS SO ORDERED.**

<u>s/ Edward J. Damich</u>
EDWARD J. DAMICH
Senior Judge
