IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| IDEAL INNOVATIONS, INC., THE RIGHT PROBLEM, LLC, and ROBERT KOCHER, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant, <br><br> and, <br><br> OSHKOSH CORPORATION; GENERAL DYNAMICS LAND SYSTEMS, INC.; FORCE PROTECTION, INC.; GENERAL DYNAMICS LAND SYSTEMS – FORCE PROTECTION, INC., <br><br> Third-Party Defendants. | No. 1:17-cv-00889 <br><br> Senior Judge Edward J. Damich |

## MOTION TO ENLARGE TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Defendants[1] move for an order enlarging the time set in the Court's October 18, 2018 order (ECF No. 51) for Defendants to reply to Plaintiffs' response (ECF No. 52) to Defendants' motion to dismiss (ECF No. 49).

---

[1] The United States of America ("the United States"), General Dynamics Land Systems, Inc., Force Protection, Inc. and General Dynamics Land Systems – Force Protection, Inc. (collectively "General Dynamics"), and Oshkosh Corporation ("Oshkosh"), or "Defendants" when referred to collectively.

Specifically, Defendants ask for seven additional days, *i.e.*, from Wednesday, January 9, 2019 to Wednesday, January 16, 2019. The original deadlines for Plaintiffs' response and Defendants' reply were November 2, 2018 and November 16, 2018 respectively. On the parties' joint motion, the Court extended Plaintiffs' deadline by an additional 35 days. *See* ECF No. 51. The Court also extended Defendants' deadline by an additional 19 days, *i.e.*, from the December 21, 2018 deadline set by RCFC 7.2(b)(1) to January 9, 2019.

This is the second request to enlarge time for the pending motion. At the time Defendants agreed to join the earlier joint motion to enlarge time, Defendants expected they would be able to file their reply by January 9, 2019. Since then, Defendants learned that certain Government personnel will be on leave and unavailable. Defendants also recognized that further investigation into the allegations in the Complaint will help evaluate Plaintiffs' response to Defendants' motion. Defendants seek the requested enlargement of time to research the issues raise in Plaintiffs' response, attempt to locate documents and records, interview knowledgeable government personnel, and confer with clients regarding the same.

An enlargement of time will also allow counsel to spend additional time with family during this holiday season.

Defendants conferred with Plaintiffs regarding the requested enlargement, originally by email on December 14, 2018 and thereafter. On December 18, 2018, Plaintiffs informed Defendants that Plaintiffs opposed this request. No agreement was reached as of the time of this filing.

| | |
|---|---|
| Dated: December 20, 2018 | Respectfully submitted, |
| /s/ Salvatore P. Tamburo<br>Salvatore P. Tamburo<br>Scott Arnold<br>Justin A. Chiarodo<br>Dipu A. Doshi<br>Megan R. Wood<br>BLANK ROME LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>Email: STamburo@blankrome.com<br>Tel: (202) 420-2200<br>*Counsel for Oshkosh Corporation* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>GARY L. HAUSKEN<br>Director<br><br>/s/ Lee Perla<br>LEE PERLA, Trial Attorney<br>U.S. Dept. of Justice<br>Washington, D.C. 20530<br>Tel: 202-307-0334, Fax: 202-307-0345<br>Email: lee.perla@usdoj.gov<br>*Counsel for the United States of America*<br><br>/s/ Holmes J. Hawkins, III<br>HOLMES J. HAWKINS, III<br>King & Spalding, LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Tel: (404) 572-4600<br>Email: hhawkins@kslaw.com<br>*Counsel for General Dynamics Land Systems, Inc., Force Protection, Inc., and General Dynamics Land Systems – Force Protection, Inc.* |